# UNITED STATES DISTRICT COURT
for the
District of

| United States of America | ) | Charging Dist. |
| v. | ) | Case No. 14-cr-194 |
| Rene Castillo | ) | Charging District's Case No. 3:16-mj-70998 MAG |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

**FILED**
AUG 09 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.
[X] a preliminary hearing.
[X] a detention hearing. *without prejudice* ~~re~~
[X] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court. ~~w/o prejudice~~

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Aug. 9, 2016

_____
Defendant's signature

_____
Signature of defendant's attorney

Shilpi Agarwal
Printed name of defendant's attorney